UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONEL PEREZ,

Plaintiff,

-v-

CF E 86, LLC, *et al.*,

Defendants.

25-CV-10292 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Defendants' Notice of Removal fails to include all the information required by Local Civil Rule 81.1(2) to ensure that this Court has subject matter jurisdiction under 28 U.S.C. § 1332. Specifically, the Notice of Removal does not state the citizenship of each member of the LLC Defendants, which is determined by the citizenship of each LLC's members. *See Agoliati v. Block 865 Lot 300 LLC*, No. 22-51, 2023 WL 405769, at *2 (2d Cir. Jan. 26, 2023). In addition, Defendants concede that the amount in controversy in this case does not meet the $75,000 threshold required by 28 U.S.C § 1332(a). (ECF No. 1 at 3.) Nevertheless, they claim that this Court has subject matter jurisdiction because "the companion action independently satisfies the requirements of federal diversity jurisdiction." (*Id.*)

Defendants shall, on or before December 29, 2025, (1) state the citizenship of each member of the LLC Defendants and (2) provide support for their assertion that this case need not satisfy the $75,000 amount-in-controversy requirement under 28 U.S.C § 1332 if its companion case does. Defendants are also directed to correct the filing error in their Notice of Removal.

SO ORDERED.

Dated: December 15, 2025

_____
J. PAUL OETKEN
United States District Judge