UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONEL PEREZ,
                                          Plaintiff,

                    -v-

CF E 86, LLC, *et al.*,
                                          Defendants.

25-CV-10292 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

In their Notice of Removal, Defendants invoked this Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332.  (ECF No. 1 at 3.)  That Notice, however, failed to include all the information required by Local Civil Rule 81.1(2) to ensure that this Court has subject matter jurisdiction under 28 U.S.C. § 1332.  Accordingly, on December 15, 2025, this Court directed Defendants to (1) state the citizenship of each member of the LLC Defendants and (2) provide support for their assertion that this case need not satisfy the $75,000 amount-in-controversy requirement under 28 U.S.C § 1332 on or before December 29, 2025.  (ECF No. 6.)  Defendants did not respond to this Court's order to show cause by the required deadline.  Instead, on December 29, 2025, Defendants filed a Notice of Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure on the basis that "no party has appeared or responded to date."  (ECF No. 7.)  Rule 41(a)(1)(A)(i), however, applies only to *plaintiffs* who wish to dismiss a case before the opposing party responds, *see* Fed. R. Civ. P 41(a)(1)(A)(i), and so Defendants' Notice of Voluntary Dismissal is improperly filed.

Remand of this action is additionally required under the forum-defendant rule, which prohibits removal when one of the defendants is a citizen of the forum state and has already been served.  28 U.S.C. § 1441(b)(2).  Here, multiple LLC Defendants are citizens of New York.  (*See*

1

25-CV-10277, ECF No. 7 at 4-5 (listing the New York members of Defendants CF E 86, LLC, SM E 86, LLC, and LSG E 86, LLC).)  The forum state is New York, as Plaintiff filed this action in the New York Supreme Court, Bronx County.  And Plaintiff served his summons and complaint against Defendants on or around February 1, 2023, long before Defendants' attempted removal.  (ECF No. 1-1.)  Thus, this action cannot be removed to federal court under the forum-defendant rule, as at least one properly served LLC Defendant is a citizen of the forum state of New York.

For the foregoing reasons, this case is hereby REMANDED to state court.

The Clerk of Court is directed to remand this case to the New York Supreme Court, Bronx County.

SO ORDERED.

Dated: January 2, 2026
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

2